

# United States District Court
## Eastern District of California

| Johnny Campagne |
|---|

Plaintiff(s)

Case Number: | 2:21-CV-01930-JAM-CKD |
|---|

V.

| Sunbelt Rentals, Inc., Shawn Horan |
|---|

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Yash B. Dave hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendants, Sunbelt Rentals, Inc. and Shawn Horan

On 09/25/2009 (date), I was admitted to practice and presently in good standing in the Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/20/2021          Signature of Applicant: /s/ Yash B. Dave

**Pro Hac Vice Attorney**

Applicant's Name: Yash B. Dave

Law Firm Name: Smith, Gambrell & Russell, LLP

Address: 50 N. Laura Street

Suite 2900

City: Jacksonville     State: FL     Zip: 32202

Phone Number w/Area Code: (904) 598-6115

City and State of Residence: Jacksonville, Florida

Primary E-mail Address: ydave@sgrlaw.com

Secondary E-mail Address: mdeoliveira@sgrlaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Patrick J. Cain

Law Firm Name: Smith, Gambrell & Russell, LLP

Address: 444 South Flower Street

Suite 1700

City: Los Angeles     State: CA     Zip: 90071

Phone Number w/Area Code: (213) 358-7200     Bar #: 105331

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 21, 2021

/s/ John A. Mendez
JUDGE, U.S. DISTRICT COURT