Patrick J. Cain, SBN 105331
Smith, Gambrell & Russell, LLP
444 South Flower Street, Suite 1700
Los Angeles, CA 90071
Tel: (213) 358-7200; Fax: (213) 358-7300
Email: pcain@sgrlaw.com

Attorney for Defendant SUNBELT RENTALS, INC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY CAMPAGNE, as an individual,<br><br>                                Plaintiff,<br>v.<br>SUNBELT RENTALS, INC. a California Corporation; SHAWN HORAN, an individual, and Does 1 through 50, inclusive<br>                                Defendants. | Case No.: 2:21-cv-01930-JAM-CKD<br><br>**STIPULATION AND ORDER FOR FILING AMENDED COMPLAINT** |

      Plaintiff JOHNNY CAMPAGNE, and defendants SUNBELT RENTALS, INC. and SHAWN HORAN, acting by and through their counsel of record, stipulate and agree as follows:

### STIPULATION

      1.    Counsel have met and conferred regarding the current complaint. So as to avoid the need for motion practice, counsel have agreed – subject to the Court's approval – plaintiff will file and amended complaint as follows:

          a.    Defendant Shawn Horan will be dismissed as to the eighth, ninth and eleventh causes of action.

          b.    References to the Family Medical Leave Act will be eliminated from the tenth cause of action.

          c.    Plaintiff will amend the allegations contained in the thirteenth cause of action.

      2.    Counsel for plaintiff will file an amended complaint by October 26, 2021. Defendants' response to that amended complaint will be due not later than 20 days after the amended complaint is served.

**STIPULATION AND ORDER FOR FILING AMENDED COMPLAINT**

-1-

1    3.   Pursuant to Local Rule 131(e), the undersigned counsel for Sunbelt Rentals represents that
2 on October 22, 2021, he was authorized to sign this stipulation electronically on behalf of counsel for
3 plaintiff, Johnny Campagne.

DATED:  October 22, 2021             **SMITH, GAMBRELL & RUSSELL, LLP**

By:  /s/ *Patrick J. Cain*
       Patrick J. Cain
       Smith, Gambrell & Russell, LLP
       444 South Flower Street, Suite 1700
       Los Angeles, CA 90071
       Tel: (213) 358-7200; Fax: (213) 358-7300
       Email: pcain@sgrlaw.com
       **ATTORNEY FOR DEFENDANTS**
       **SUNBELT RENTALS, INC. AND**
       **SHAWN HORAN**

DATED:  October 22, 2021             **J. WRIGHT LAW GROUP, P.C.**

By:  /s/ *Jamie E. Wright* (as authorized 10/22/2021)
       Jamie E. Wright
       J. Wright Law Group, P.C.
       8939 S. Sepulveda Blvd., Suite 102
       Los Angeles, CA 90045
       Tel: (866) 731-7505; Fax: (866) 731-7505
       Email: jwright@jamiewrightlawfirm.com
       **ATTORNEY FOR PLAINTIFF**
       **JOHNNY CAMPAGNE**

**STIPULATION AND ORDER FOR FILING AMENDED COMPLAINT**

# ORDER

Based on the foregoing stipulation, and good cause appearing therefor, the Court ORDERS, as follows:

1. Plaintiff shall have up to and including October 29, 2021 in which to file an amended complaint.

2. Defendants shall have up to and including November 18, 2021 in which to respond to the amended complaint.

At Sacramento, California, this 27th day of October, 2021.


DATED: October 27, 2021          /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE